

1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  KAREN P. HEWITT
   United States Attorney
3  PETER F. FROST SBN 110454
   Director
4  BRUCE A. ROSS
   Trial Attorney
5  Torts Branch, Civil Division
   U.S. Department of Justice
6  Post Office Box 14271
   Washington, DC  20044-4271
7  Phone:   (202) 616-4000/4059
   Fax:  (202) 616-4002
8  peter.frost@usdoj.gov
   bruce.ross@usdoj.gov
9
   Attorneys for the United States of America
10

UNITED STATES DISTRICT COURT
11             SOUTHERN DISTRICT OF CALIFORNIA

12

STEVEN SHAFRAN, et al.,          ) California Superior Court
13                               ) Case No.  37-2007-00050767-CU-PO-NC
          Plaintiffs,            )
14                               )
          v.                     )
15                               )   '08 CV 0702 JLS  RBB
JAXAIR, LLC, et al.,             )
16                               )
          Defendants.            ) **UNITED STATES OF AMERICA'S**
17                               ) **PETITION FOR REMOVAL**

18 JAXAIR, LLC; GOSHIP AIR, LLC;  )
   ESTATE OF JOHN CHARLES         )
19 FRANCIS; and ESTATE OF ANDY    )
   GARRAT,                        )
20                               )
          Third-Party Plaintiffs, )
21                               )
          v.                     )
22                               )
UNITED STATES OF AMERICA,        )
23                               )
          Third-Party Defendant. )
24                               )

25

26

27

28   Defendant United States of America's Petition for Removal of Case No. 37-2007-00050767-CU-
     PO-NC, Superior Court for the State of California for the County of San Diego

1  PLEASE TAKE NOTICE that pursuant to Title 28 U.S.C. § 1442 Third-Party defendant

2  United States of America respectfully files this Notice of Removal and hereby removes

3  this action to this Honorable Court.

4      This action was originally filed in the Superior Court for the State of California for

5  the County of San Diego, North County Division, and was assigned case number 37-2007-

6  00050767-CU-PO-NC in that court.  A copy of the Third-party Complaint filed in State

7  court and served on third-party defendant United States of America is attached hereto as

8  Exhibit A.  The related Summons issued against the United States is attached as Exhibit B.

9      The case arises out of an aircraft accident at McClellan-Palomar Airport in

10  Carlsbad, California on January 24, 2006.  The accident aircraft, piloted by Messrs.

11  Francis and Garrat, overran the landing area and crashed off a hilltop at the end of the

12  runway.   The third-party complaint herein alleges that the United States negligently

13  designed, constructed, and/or maintained a navigational aid at that airport, the ILS

14  localizer antenna, that the United States' negligence caused the crash, and that the United

15  States is therefore liable to the third-party plaintiffs for contribution and/or indemnity in

16  the event the third-party plaintiffs are found liable to the plaintiff.

17      The District Courts have exclusive jurisdiction over civil actions on claims against

18  the United States for money damages for loss of property, personal injury, or death alleged

19  to have been caused by negligent or wrongful acts or omissions of the United States.  28

20  U.S.C. § 1346(b)(1).

21      The United States District Court for the Southern District of California is the proper

22  court to which the action should be removed, as it embraces the place in which the state

23  court action is pending.  28 U.S.C. § 2679(d)(2).[1]

24

25

26      [1] A related action, Jellinek, et al. v. Jaxair, et al., Case No. 06-cv-2711-DMS (POR),
    arising out of the same aircraft accident as this case, is pending in this district as the lead case for
27  several matters arising from the same accident and consolidated herein.

28  Defendant United States of America's Petition for Removal of Case No. 37-2007-00050767-CU-
    PO-NC, Superior Court for the State of California for the County of San Diego

1    WHEREFORE, for the reasons stated herein, the United States hereby removes this

2  action to this Honorable Court from the Superior Court for the State of California for the

3  County of San Diego, North County Division.

4

Dated: April 15, 2008

5                                            Respectfully submitted,

6                                            JEFFREY S. BUCHOLTZ
                                             Acting Assistant Attorney General
7

8                                            KAREN P. HEWITT
                                             United States Attorney
9

10

PETER F. FROST
11  Director
    BRUCE A. ROSS
12  Trial Attorney
    Aviation and Admiralty
13  Torts Branch, Civil Division
    U. S. Department of Justice
14  P.O. Box 14271
    Washington, D.C. 20044-4271
15  Telephone: (202) 616-4000/4059
    Email: peter.frost@usdoj.gov
16               bruce.ross@usdoj.gov

17  Attorneys for Defendant
    UNITED STATES OF AMERICA
18

19
OF COUNSEL:
20
Bradley J. Preamble
21  Office of Chief Counsel
    Federal Aviation Administration
22  800 Independence Ave., SW
    Washington, D.C. 20591
23  (202) 385-8223
    Fax: (202) 493-5020
24  Email: brad.preamble@faa.gov

25

26

27

28  Defendant United States of America's Petition for Removal of Case No. 37-2007-00050767-CU-
    PO-NC, Superior Court for the State of California for the County of San Diego

1

## CERTIFICATE OF SERVICE

2      I hereby certify that true and correct copies of the Petition for Removal were sent

3  via United States Postal Service, First Class mail, postage prepaid, this 15th day of April,

4  2008, to the following counsel of record:

5  Brian J. Panish
  Kevin R. Boyle
6  Attorneys for Plaintiffs
  Panish, Shea & Boyle, LLP
7  11111 Santa Monica Blvd, Ste 700
  Los Angeles, Ca 90025
8

9  Joseph F. McDowell, III                  Donald W. Lojek
  McDowell & Osburn Professional Assoc.    Lojek Law Offices
10  282 River Road, P.O. Box 3360          1199 West Main Street
  Manchester, N.H. 03105-3360          Boise, ID 83701

11  Michael D. Jonescu                    Cynthia J. Wooley
  Law Offices of Robert A. Stutman       Law Offices of Cynthia J. Wooley
12  500 North State College Blvd.          P.O. Box 6999
  Ste. 1100                           180 First St., Ste. 107
13  Orange, CA 92868                Ketchum, ID 83340

14  Thomas J. Byrne
  Byrne Kiely and White, LLP
15  1120 Lincoln St., Ste. 1300
  Denver, CO 80203
16

17  James W. Huston                  William H. Wimsatt
  Ellen F. Nudelman               Peter T. Cathcart
18  William V. O'Connor, Jr.         Magana, Cathcart & McCarthy
  Morrison and Foerster           1801 Avenue of the Stars, Ste. 600
19  12531 High Bluff Dr., Ste. 100       Los Angeles, CA 90067
  San Diego, CA 92130

20

21

22                         _____
                         Employee
23                           U.S. Department of Justice

24

25

26

27

28  Defendant United States of America's Petition for Removal of Case No. 37-2007-00050767-CU-PO-NC, Superior Court for the State of California for the County of San Diego

4

1  Thomas J. Byrne (State Bar No.: 79003)
   Email: tbyrne@byrnekiely.com
2  BYRNE, KIELY & WHITE, LLC
   1120 Lincoln Street, Suite 1300
3  Denver, Colorado 80203
   Telephone: (303) 861-5511
4  Facsimile: (303) 861-0304

5  Frank A. Silane (State Bar No.: 90940)
   Email: fsilane@condonlaw.com
6  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
7  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
8  Facsimile: (310) 557-1299

9  Attorneys for Defendants
   JaxAir, LLC;
10 Goship Air, LLC;
   The Estate Of John Charles Francis: and
11 The Estate of Andy Garratt

12           SUPERIOR COURT OF THE STATE OF CALIFORNIA

13        FOR THE COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

14 STEVEN SHAFRAN, individually, and as        ) Case No. 37-2007-00050767-CU-PO-NC
   Successor in Interest to Janet Shafran, deceased; )
15 ANNE M. SHAFRAN, a minor, individually and )
   as Successor In Interest to Janet Shafran,   )
16 deceased, by and through her Guardian Ad Litem )
   JAY SHAFRAN; MARGARET C. SHAFRAN, )          **AMENDED THIRD-PARTY**
17 a minor, individually and as Successor In Interest ) **COMPLAINT OF JAXAIR, LLC;**
   to Janet Shafran, deceased, by and through her ) **GOSHIP AIR, LLC; ESTATE OF JOHN**
18 Guardian Ad Litem, JAY SHAFRAN; REID J.    ) **CHARLES FRANCIS; and ESTATE OF**
   SHAFRAN, a minor, individually and as        ) **ANDY GARRATT**
19 Successor In Interest to Janet Shafran, deceased, )
   by and through his Guardian Ad Litem, JAY    )
20 SHAFRAN; ISABELLE B. SHAFRAN, a minor,)
   individually and as Successor In Interest to Janet )
21 Shafran, deceased, by and through her Guardian )
   Ad Litem, JAY SHAFRAN,                       )
22                                               )
                                                 )
23          Plaintiffs,                          )
                                                 )
24 vs.                                           ) Judge: Hon. Lisa Guy-Schall
                                                 ) Dept: N-31
25 JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE   ) Trial Date: None Set
   OF JOHN CHARLES FRANCIS; ESTATE OF )
26 ANDY GARRATT; COUNTY OF SAN            ) Complaint Filed: February 13, 2007
   DIEGO; and DOES 1 through 20, inclusive,     )
27                                               )
            Defendant.                           )
28 _____)

                                     1

1     Defendants and Third Party Plaintiffs, JAXAIR, LLC, GOSHIP AIR, LLC, ESTATE OF

2    JOHN CHARLES FRANCIS, and ESTATE OF ANDY GARRATT (collectively herein "Third

3    Party Plaintiffs"), by their attorneys, for their Amended Third-Party Complaint against the

4    United States of America state and allege as follows:

5        1.     This Amended Third-Party Complaint arises under the Federal Tort Claims Act,

6    28 U.S.C. Sections 1346(b), 2671-80, as hereinafter more fully appears.

7        2.     Third Party Plaintiffs incorporate herein all the allegations set forth in Plaintiffs'

8    Complaint for Damages for Wrongful Death and Survival Actions (attached as Exhibit A to

9    Document # 1) and all the responses to the complaint set forth in the Answer of Defendants of

10   JaxAir, LLC, Goship Air, LLC, The Estate of John Charles Francis, and The Estate of Andy

11   Garratt (Document # 6) as if fully set forth herein.

12       3.     At all times relevant hereto, Third Party Defendant, acting through its agency the

13   Federal Aviation Administration (hereinafter "FAA"), leased from the defendant County of San

14   Diego certain premises on the McClellan-Palomar Airport for the purpose of installing and

15   operating an ILS localizer antenna structure for use as a navigational aid and facility for aircraft

16   conducting approaches to and operating at the airport.

17       4.     Upon information and belief, the FAA, through its agents, servants, and

18   employees acting within the course and scope of their employment with the FAA, designed,

19   planned, installed, constructed, operated, serviced, and maintained the localizer antenna structure

20   at the McClellan-Palomar Airport.

21       5.     On January 24, 2006 at approximately 0640 Pacific Standard Time, the pilots of a

22   Cessna Citation model 560 aircraft, with federal registration number N86CE (hereinafter the

23   "accident aircraft"), made a normal approach and attempted a normal landing at the McClellan-

24   Palomar Airport in Carlsbad, California and then commenced a normal and foreseeable go-

25   around procedure.

26       6.     It is foreseeable that a certain number of aircraft making approaches for landing at

27   the airport will need to execute a mandatory or elective go-around procedure from the approach

28

2

1   or attempted landing.

2        7.     During the attempted go-around procedure, the accident aircraft became airborne

3   and was fully capable of continued safe flight, but the accident aircraft impacted the localizer

4   antenna structure which intruded upwards into the airspace at the departure end of the runway,

5   and this impact with the localizer antenna structure caused substantial damage to the aircraft and

6   the resulting crash of the accident aircraft and the deaths of the four persons aboard the aircraft at

7   the time of the accident.

8

9                           **FIRST CAUSE OF ACTION**
10                             **(Contribution)**

11       8.     Third Party Plaintiffs incorporate by reference their allegations in the previous

12  paragraphs as if fully set forth herein.

13       9.     Third Party Defendant and its agents, servants, and employees, were negligent

14  and created a hazardous and dangerous condition of which defendant had actual or constructive

15  notice, including but not limited to the following manner:

16            a.     The ILS localizer antenna structure was negligently designed, planned,

17  installed, constructed, operated, serviced, and maintained.

18            b.     The design, installation, and construction of the localizer antenna structure

19  failed to comply with federal airport design standards and regulations and/or generally accepted

20  airport industry design, installation, and construction standards.

21            c.     The localizer antenna structure failed to meet or comply with FAA design

22  standards, relevant Federal Aviation Regulations ("FARs"), and/or generally accepted industry

23  standards in that it was located in an area required to be free from obstacles and hazards, and/or

24  was located within the runway safety area and the obstacle free area and the obstacle free zone.

25            d.     The localizer antenna structure failed to meet FAA design standards,

26  FARs and/or generally accepted industry standards in that it was constructed of materials which

27  were not frangible, and/or was not properly marked and identified as an obstacle and hazard.

28

                                      3

e.    The Third Party Defendant negligently failed to inspect the airport and to warn reasonably foreseeable operators of aircraft at the airport, including the Third Party Plaintiffs, of unsafe and hazardous conditions at the airport caused by the negligent design, installation, construction, operation, servicing, maintenance, and/or location of the localizer antenna structure.

10.    The Third Party Defendant was negligent and its negligence proximately caused the accident and the deaths of the four persons aboard the aircraft at the time of the accident, including Janet Shafran.

11.    If the Third Party Defendant were a private person, it would be liable to the Plaintiffs and to the Third Party Plaintiffs in accordance with the laws of the State of California, or the laws of some other jurisdiction which may be applicable to this claim.

12.    The negligence of the Third Party Defendant caused the Third Party Plaintiffs damages and exposure to potential liability for the wrongful death claims by the plaintiffs for the death of Janet Shafran caused by the accident, all in an amount to be proven at trial.

13.    Third Party Plaintiffs are entitled to contribution from Third Party Defendant for the full amount of any settlement or judgment paid in excess of the Third Party Plaintiffs' pro-rata share of fault or responsibility for the claims in Plaintiffs' Complaint.

### SECOND CAUSE OF ACTION
### (Indemnification)

14.    Third Party Plaintiffs incorporate by reference their allegations in the previous paragraphs as if fully set forth herein.

15.    As a direct and proximate result of the negligence or other fault of the Third Party Defendant, Third Party Plaintiffs have been or will be exposed to potential liability for claims for the wrongful death of Janet Shafran in the accident and for other damages.

16.    The negligence and/or other fault of the Third Party Defendant was the primary and active proximate cause of all damages for the wrongful death of Janet Shafran in the accident

4

1  and for other damages for which the Third Party Plaintiffs may be alleged to be liable.

2     17.    Third Party Plaintiffs are therefore entitled to common law and/or equitable full or

3  partial indemnification from the Third Party Defendant for all such claims for damages.

4     WHEREFORE, Defendants and Third Party Plaintiffs pray that the court enter judgment

5  against Third Party Defendant as hereinafter set forth:

6     1.    For contribution and/or indemnification for any claims against the Third Party

7  Plaintiffs by the Plaintiffs in this action;

8     2.    For interest as provided by law;

9     3.    For costs of suit incurred herein, including attorney fees and expert witness fees;

10     4.    For all other damages available under applicable law; and

11     5.    For such other and further relief as the court may deem just and proper.

12  Dated: March 26, 2008                    BYRNE, KIELY & WHITE, LLC

13                                 By:  _Thomas J Byrne_

14                                 THOMAS J. BYRNE
                                   Attorneys for Defendants and Third-Party
15                                 Plaintiffs
                                   JAXAIR, LLC; GOSHIP AIR, LLC;
16                                 ESTATE OF JOHN CHARLES FRANCIS;
                                   and ESTATE OF ANDY GARRATT
17

18                                 CONDON & FORSYTH LLP

19                                 FRANK A. SILANE
                                   Attorneys for Defendants and Third-Party
20                                 Plaintiffs
                                   JAXAIR, LLC; GOSHIP AIR, LLC;
21                                 ESTATE OF JOHN CHARLES FRANCIS;
                                   and ESTATE OF ANDY GARRATT
22
23
24
25
26
27
28
                                       5

**PROOF OF SERVICE**

STATE OF COLORADO, COUNTY OF DENVER

I am employed in the County of Denver, State of Colorado. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1120 Lincoln Street, Suite 1300, Denver, Colorado 80203.

On <u>March 26, 2008</u> I served the foregoing document described as:

**AMENDED THIRD PARTY COMPLAINT OF JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES FRANCIS; and ESTATE OF ANDY GARRATT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached Service List, with postage thereon fully prepaid in the proper Mail Facility at Denver, Colorado:

\_\_X\_\_  By U.S. Mail:

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Denver, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____  By Overnight Delivery (FedEx, UPS, etc.) In accordance to meet the requirements of *Code of Civil Procedures* section 1005(A) to meet service by next business day

_____  By Facsimile. I served by fax at the numbers listed on the attached List.

\_\_X\_\_  By Electronic Mail

_____  By Hand Delivery [only as marked by an asterisk (*)]

_____  (State) I declare under penalty of perjury that the above is true and correct.

_____  (Federal) I declare that I am employed in the office of a member of this court at whose direction the service was made.

Executed on <u>March 26, 2008</u> at Denver, Colorado.

Kevin R. Kennedy

AMENDED THIRD-PARTY COMPLAINT OF JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES FRANCIS; AND ESTATE OF ANDY GARRATT
CASE NO. 07-2007-00050767-CU-PO-NC

1

## SERVICE LIST

2    William H. Wimsatt                          *Attorneys for Plaintiffs*
     Peter T. Cathcart
3    Magaña, Cathcart & McCarthy
     1801 Avenue of the Stars, Suite 600
4    Los Angeles, California 90067-5908
     Telephone:  (310) 553-6630
5    Facsimile:(310) 407-2295
     E-Mail: wimsatt@earthlink.net
6

7    James W. Huston                             *Attorneys for Defendant:*
     William V. O'Connor                         *County of San Diego*
8    Morrison & Foerster LLP
     12531 High Bluff Drive, Suite 100
9    San Diego, California 92130
     Telephone:  (858) 720-5100
10   Facsimile:   (858) 720-5125
     E-Mail:  Jhuston@mofo.com
11   E-Mail:  WOConnor@mofo.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Thomas J. Byrne (State Bar No.: 79003)<br>BYRNE, KIELY & WHITE, LLC<br>1120 Lincoln Street, Suite 1300<br>Denver, Colorado 80203<br><br>TELEPHONE NO.: (303) 861-5511    FAX NO. *(Optional):* (303) 861-0304<br>E-MAIL ADDRESS *(Optional):* tbyrne@byrnekiely.com<br>ATTORNEY FOR *(Name):* JaxAir, LLC; Goship Air, LLC; Estate of John Charles<br>Francis; and Estate of Andy Garratt | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 South Melrose
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, California 92081
BRANCH NAME: North County Division

PLAINTIFF/PETITIONER: Steven Shafran, et al

DEFENDANT/RESPONDENT: JaxAir LLC, et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2007-00050767-CU-PO- *NC* |
|---|---|

TO *(insert name of party being served):* United States of America

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

April 1, 2008
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☐  A copy of the summons and of the complaint.
2. ☑  Other *(specify):*
   A copy of the Summons and Amended Third-Party Complaint

*(To be completed by recipient):*

Date this form is signed:

_____                    _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Thomas J. Byrne (State Bar No.: 79003)<br>BYRNE, KIELY & WHITE, LLC<br>1120 Lincoln Street, Suite 1300<br>Denver, Colorado 80203 | |

TELEPHONE NO.: (303) 861-5511          FAX NO. *(Optional):* (303) 861-0304
E-MAIL ADDRESS *(Optional):* tbyrne@byrnekiely.com
ATTORNEY FOR *(Name):* JaxAir, LLC; Goship Air, LLC; Estate of John Charles Francis; and Estate of Andy Garratt

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 South Melrose
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, California 92081
BRANCH NAME: North County Division

PLAINTIFF/PETITIONER: Steven Shafran, et al

DEFENDANT/RESPONDENT: JaxAir LLC, et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2007-00050767-CU-PO- *NC* |
|---|---|

TO *(insert name of party being served):* United States of America

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:

April 1, 2008
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☐  A copy of the summons and of the complaint.
2. ☑  Other *(specify):*
    A copy of the Summons and Amended Third-Party Complaint

*(To be completed by recipient):*

Date this form is signed:

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

► _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com



CERTIFIED MAIL

7000 1670 0001 3653 8414

First

$0.39

**BYRNE, KIELY & WHITE, LLC**
ATTORNEYS AT LAW
THE CHANCERY, SUITE 1300
1120 LINCOLN STREET
DENVER, COLORADO 80203

**TO:** U.S. Attorney's Office
San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

CIVIL?

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNITED STATES OF AMERICA (Third-Party Defendant)

RECEIVED
SAN DIEGO, CA

2008 APR -7 P 12: 27

CIVIL DIVISION
U.S. ATTORNEY
DEPT. OF JUSTICE

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

2008 MAR 28 AM 9: 00
SUPERIOR COURT
SAN DIEGO COUNTY, CA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES
FRANCIS; ESTATE OF ANDY GARRATT (Third-Party Plaintiffs)

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego
325 South Melrose
Vista, California 92081

CASE NUMBER:
*(Número del Caso):* 37-2007-00050767-CU

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas J. Byrne; BYRNE, KIELY & WHITE, LLC; 1120 Lincoln Street, Suite 1300; Denver, Colorado
80203; Telephone: (303) 861-5511

DATE:
*(Fecha)* MAR 2 8 2008

Clerk, by _AWagoner_ , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* United States of America

under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☑ other *(specify):* Code Civ. Proc., § 416.50 and F.R.C.P. 4(i)

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  KAREN P. HEWITT
    United States Attorney
 3  PETER F..FROST SBN 110454
    Director
 4  BRUCE A. ROSS
    Trial Attorney
 5  Torts Branch, Civil Division
    U.S. Department of Justice
 6  Post Office Box 14271
    Washington, DC  20044-4271
 7  Phone:   (202) 616-4000/4059
    Fax:  (202) 616-4002
 8  Attorneys for the United States of America
```

 9                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
             **FOR THE COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION**

| | |
|---|---|
| STEVEN SHAFRAN, et al., | CASE NO.  37-2007-00050767-CU-PO-NC |
|       Plaintiffs, | |
|       v. | |
| JAXAIR, LLC, et al., | |
|       Defendants. | |
| | **NOTICE OF REMOVAL** |
| | **OF ACTION TO FEDERAL COURT** |
| JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES FRANCIS; and ESTATE OF ANDY GARRAT, | |
|       Third-Party Plaintiffs, | |
|       v. | |
| UNITED STATES OF AMERICA, | |
|       Third-Party Defendant. | |

        PLEASE TAKE NOTICE that the United States of America, pursuant to the

provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346 and Fed. R. Civ. P. 1442, has

removed this action from this Honorable Court to the United States District Court for the

Southern District of California.  A copy of the Notice of Removal filed with the United

States District Court is appended hereto as Exhibit A.

  Third-Party Defendant United States of America's Notice of Removal

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Shafran et al.<br>Third Party Plaintiff Jaxair, et al. | Third Party Defendant `08 APR 17 AM 11: 01`<br>United States of America |

**(b)**  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Third Party Plaintiff's counsel
Thomas J. Byrne-303-861-5511
Byrne, Kiely & White, LLC
1120 Lincoln Street, Suite 1300, Denver, Colorado 80203

Attorneys (If Known)
Peter Frost; Bruce Ross

'08 CV 0702 DMS RBB

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original Proceeding

☒ 2  Removed from State Court

☐ 3  Re-filed- (see VI below)

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☒ YES ☐ NO

JUDGE Dana M. Sabraw    DOCKET NUMBER 3:06-cv-02711

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. 1346(b) Wrongful Death and Survival Actions

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
April 15, 2008

**FOR OFFICE USE ONLY**

AMOUNT _____    RECEIPT # _____    IFP _____