JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
WOconnor@mofo.com
ELLEN F. NUDELMAN (CA SBN 235534)
ENudelman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHAFRAN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>JAXAIR, LLC, et al.<br><br>        Defendants.<br><br>JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES FRANCIS; AND ESTATE OF ANDY GARRAT,<br><br>        Third Party Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Third Party Defendant. | Case No.   08-CV-0702-JLS RBB<br><br>**NOTICE OF CONSOLIDATION**<br><br>Judge:   Janis L. Sammartino |

Pursuant to Judge Dana M. Sabraw's Consolidation Order, attached hereto as Exhibit A, the County of San Diego hereby submits this Notice of Consolidation and respectfully requests that the above-captioned matter be consolidated with In re PALOMAR CRASH OF JANUARY 24, 2006, Master File No. 06-CV-02711 DMS POR.  The above-captioned matter is a related

1  action because it arises out of the same crash at the Palomar-McClellan Airport on January 24,

2  2006.

3

4  Dated: April 28, 2008                    MORRISON & FOERSTER LLP

5

6                                           By:   /s James W. Huston
                                                  James W. Huston
7                                                 Attorneys for Defendant and
                                                  Third-Party Plaintiff
                                                  COUNTY OF SAN DIEGO
8                                                 Email: jhuston@mofo.com