JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
WILLIAM V. O'CONNOR (CA SBN 216650)
WOconnor@mofo.com
ELLEN F. NUDELMAN (CA SBN 235534)
ENudelman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile:  858.720.5125

Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN SHAFRAN, et al., | Case No.   08-CV-0702-JLS RBB |
|---|---|
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| JAXAIR, LLC, et al. | |
| Defendants. | Judge:  Janis L. Sammartino |
| JAXAIR, LLC; GOSHIP AIR, LLC; ESTATE OF JOHN CHARLES FRANCIS; AND ESTATE OF ANDY GARRAT, | |
| Third Party Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Third Party Defendant. | |

I, James W. Huston, declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, Suite 100, San Diego, California  92130-2040.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 28, 2008, I served a copy of:

**NOTICE OF CONSOLIDATION,**

1                                                                                          DECLARATION OF SERVICE

sd-408449

on the recipients designated below via electronic transmission through the CM/ECF system of the United States District Court for the Southern District of California.

| | |
|---|---|
| Brian J. Panish<br>Kevin R. Boyle<br>PANISH, SHEA & BOYLE LLP<br>11111 Santa Monica Blvd., Ste. 700<br>Los Angeles, CA  90025 | *Attorneys for Plaintiffs J. Jellinek; P. Jellink; L. Flower; Estate of Frank H. Jellinek*<br>Tel.:  310-477-1700<br>Fax:  310-477-1699<br>E-Mail:  panish@psandb.com<br>E-Mail:  boyle@psandb.com |
| Joseph P. McDowell<br>McDOWELL & OSBURN PROFESSIONAL ASSOCIATION<br>282 River Road<br>Manchester, NH  03105 | *Attorneys for Plaintiffs J. Jellinek; P. Jellink; L. Flower; Estate of Frank H. Jellinek*<br>Tel.:  (603) 623-9300<br>Fax:  (603) 623-5390<br>E-Mail:  jmcdowell@mcdowell-osburn.com |
| Cynthia J. Woolley<br>LAW OFFICES OF CYNTHIA J. WOOLLEY<br>P.O. Box 6999<br>180 First Street, Suite 107<br>Ketchum, ID  83340 | *Attorneys for Plaintiffs Debbie Marie Garratt, et al.*<br>Tel:  208-725-5356<br>Fax :  208-725-5569<br>E-Mail:  cynthia@ketchumidaholaw.com |
| Frank A. Silane<br>CONDON AND FORSYTH<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, CA  90067 | *Attorneys for Plaintiff Global Aerospace, Inc.*<br>*Attorneys for Defendant Goship Air, LLC*<br>*Attorneys for Defendant The Estate of John Charles Francis*<br>*Attorneys for Third Party Plaintiff Jaxair, LLC*<br>Tel:  310-557-2030<br>Fax:  310-557-1299<br>E-Mail:  fsilane@condonlaw.com |
| Thomas J. Byrne<br>BYRNE KILEY AND WHITE LLP<br>1120 Lincoln Street, Suite 1300<br>Denver, CO  80203 | *Attorneys for Plaintiff Global Aerospace, Inc.;*<br>*Attorneys for Plaintiff/Third Party Plaintiff The Estate of John C. Francis*<br>*Attorneys for Defendant Jaxair, LLC*<br>*Attorneys for Defendant The Estate of John Charles Francis*<br>*Attorneys for Third Party Defendant Estate of James A. Garratt*<br>*Attorneys for Third Party Plaintiff The Estate of Andy Garrett*<br>*Attorneys for Third Party Plaintiff Goship Air, LLC*<br>Tel:  303-861-5511<br>Fax:  303-861-0304<br>E-Mail:  tbyrne@byrnekiley.com |
| Donald W. Lojek<br>LOJEK LAW OFFICES<br>1199 West Main Street<br>Boise, ID  83701 | *Attorneys for Plaintiffs Mary M. Francis; Estate of John C. Francis*<br>Tel:  208-343-7733<br>Fax:  208-389-1294<br>E-Mail:  lojeklaw@aol.com |

| | | |
|---|---|---|
| 1 | Orrin Leigh Grover, III<br>ORRIN L. GROVER<br>416 Young Street<br>Woodburn, OR  97071 | *Attorneys for Plaintiffs Mary M. Francis; Estate of John C. Francis*<br>Tel:  503-981-5836<br>Fax:  503-981-8680<br>E-Mail:  gkiller3@earthlink.net |
| 4 | Michael D. Jonescu<br>LAW OFFICES OF ROBERT A. STUTMAN<br>500 North State College Boulevard, Suite 1100<br>Orange, CA  92868 | *Attorneys for Intervenor Plaintiff New Hampshire Insurance Company*<br>Tel:  562-432-4300<br>Fax:  562-437-7059<br>E-Mail:  jonescum@stutmanlaw.com |
| 7 | U.S. Attorney's Office<br>Southern District of California<br>Civil Division<br>880 Front Street, Suite 6253<br>San Diego, CA  92101 | *Attorneys for Defendant United States of America*<br>Tel:  619-557-5662<br>Fax:  619-557-7122<br>E-Mail:  Efile.dkt.civ@usdoj.gov |
| 10 | Peter Francis Frost<br>U.S. Department of Justice<br>P.O. Box 14271<br>Washington, DC  20044-4271 | *Attorneys for Defendant United States of America*<br>Tel:  202-616-4000<br>Fax:  202-616-4002<br>E-Mail:  peter.frost@usdoj.gov |
| 13 | Bruce A. Ross<br>U.S. Department of Justice, Civil Division<br>P.O. Box 14271<br>Washington, DC  20044-4271 | *Attorneys for Defendant/Third Party Defendant United States of America*<br>Tel:  202-616-4059<br>Fax:<br>E-Mail: |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Diego, California, on April 28, 2008.

By: /s/ James W. Huston
James W. Huston
Attorneys for Defendant/Third-Party Plaintiff
COUNTY OF SAN DIEGO
Email:  jhuston@mofo.com